**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Frank Nicholas PELLEGRINO,
Defendant—Appellant.**

No. 08–10500.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 6, 2010.

Michael Lee, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Daniel L. Kaplan, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM [**]

Frank Nicholas Pellegrino appeals from the 120–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute 1000 kilograms or more of marijuana and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i), (h), and 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii), and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pellegrino contends the district court erred by determining that the ten-year statutory minimum sentence under § 841(b)(1)(A) trumped the sentencing principles set forth in 18 U.S.C. § 3553(a). Pellegrino waived this contention by agreeing to a ten-year statutory minimum sentence, and declining the district court's invitation to prepare supplemental briefing on the issue. *See United States v. Olano,* 507 U.S. 725, 733, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993).

**AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).